## IN THE CIRCUIT COURT FOR MONTGOMERY COUNTY, MARYLAND

Molli Chang
3372 Tanterra Circle
Brookeville, Maryland 20833

    Plaintiff

v.                                                                                : Civil Action No.

Christopher Jackson
600 Fifth Street, N.W.
Washington, D.C. 20001

    Defendant

PLEASE SERVE:

Office of the General Counsel, WMATA
600 Fifth Street, N.W.
Washington, DC 20001

and

Washington Metropolitan Area Transit
Authority (WMATA)
600 Fifth Street, N.W.
Washington, DC 20001

    Defendant

PLEASE SERVE:

Office of the General Counsel, WMATA
600 Fifth Street, N.W.
Washington, DC 20001

### COMPLAINT

COMES NOW the Plaintiff, Molli Chang, acting through counsel, The Law Offices of Stephen D. Weiss, LLC, and Stephen D. Weiss, Esquire, and sues the Defendants, Christopher Jackson and Washington Metropolitan Area Transit Authority (WMATA), and states the following:

## Count I

(Negligence - Christopher Jackson )

1. Plaintiff is a resident of Montgomery County, Maryland.

2. Defendant Christopher Jackson drives a Metro bus for Defendant WMATA.

3. Defendant WMATA operates transportation services in the state of Maryland.

4. On or about June 27, 2019, Plaintiff was lawfully in a crosswalk located at Georgia Avenue and Wayne Avenue in Silver Spring, Montgomery County, Maryland.

5. At the above date and place, the Defendant, Christopher Jackson, driving a Metro bus for Defendant WMATA, failed to yield the right of way to Plaintiff who was legally walking in the crosswalk thereby striking the Plaintiff.

6. In violation of the duty owed to all other pedestrians and drivers on the road to use due and reasonable care in the operation of his vehicle, the Defendant, Christopher Jackson, was negligent in that he failed to yield the right of way to a pedestrian in a crosswalk, he failed to reduce his speed to avoid striking the Plaintiff in the crosswalk, he negligently operated his vehicle at a high rate of speed and in a careless and reckless manner, and he negligently failed to keep a proper lookout.

7. At all times mentioned herein and material hereto, the Plaintiff was exercising due care and this collision was caused by the negligence of the Defendant and without any negligence on the part of the Plaintiff contributing thereto.

8. As direct, proximate and foreseeable results of the above described acts and omissions of Defendant, Plaintiff suffered severe, painful and permanent injuries to her hand, arm, back and other parts of her body; she has experienced, and will in the future experience, physical pain and mental anguish; she has been forced to expend, and will in the future expend, sums of money for medical treatment; and she has suffered other pain, injury and permanent damages.

WHEREFORE, Plaintiff, Molli Chang, demands judgment against Defendant, Christopher Jackson, in the amount of One Million Dollars ($1,000,000.00), plus interests and costs.

### Count II

(Respondeat Superior - WMATA)

9. Plaintiff Chang adopts by reference the allegations contained in paragraphs 1 through 8 of this Complaint with the same effect as if herein fully set forth.

10. Upon information and belief, and at all times relevant hereto, Defendant Christopher Jackson, was an agent of Defendant WMATA.

11. The above described acts of Defendant, Christopher Jackson, were committed within the scope of his agency with Defendant WMATA in that he committed them while on duty and in furtherance of Defendant WMATA's interests.

12. Defendant WMATA is responsible for all acts committed by its agents while on duty and in furtherance of its interests.

WHEREFORE, Plaintiff, Molli Chang, demands judgment against Defendant Washington Metropolitan Area Transit Authority (WMATA), for damages in the amount of One Million Dollars ($1,000,000.00), with interests and costs.

THE LAW OFFICES OF STEPHEN D. WEISS, LLC

*Stephen D. Weiss*

Stephen D. Weiss, Esquire #8005010206
Attorneys for Plaintiff
932 Hungerford Drive, Suite 23A
Rockville, Maryland 20850
(301) 251-9300

## ELECTION FOR TRIAL BY JURY

Plaintiff demands a trial by jury for each and every issue in this action.

*Stephen D. Weiss*
_____
Stephen D. Weiss, Esquire

## CERTIFICATE OF COMPLIANCE

I HEREBY CERTIFY that the attached submission does not contain any restricted information or, if it does contain restricted information, a redacted submission has been filed contemporaneously pursuant to Rule 20-201(h).

*Stephen D. Weiss*
_____
Stephen D. Weiss, Esquire